UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15-04057 |
|    Thomas S. Wrenn, | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: Wed., Dec. 16, 2015 |
|                 Debtor. | ) | Hearing Time: 10:30 a.m. |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **December 16, 2015 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes, presiding in Courtroom 613 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Application of Trustee's Attorneys for the Allowance of Final Compensation and Reimbursement of Expenses** and shall seek entry of an order in accordance therewith.

/s/ Norman B. Newman
Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on November 24, 2015, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice and via U.S. mail to those parties as indicated on the attached service list.

/s/Norman B. Newman

## **SERVICE LIST**

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Thomas S. Wrenn
9530 Cook Avenue, #605
Oak Lawn, IL 60453
Via U.S. Mail

Dennis M. Sbertoli
Law Offices of Dennis M. Sbertoli
P.O. Box 1482
LaGrange, IL 60526
Via U.S. Mail

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15-04057 |
| Thomas S. Wrenn, | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: Wed., 12/16/15 |
| Debtor. | ) | Hearing Time: 10:30 a.m. |

**APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE
ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period April 1, 2015 through August 10, 2015. In support of this Application, Much Shelist respectfully states as follows:

1.  On February 7, 2015, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed interim trustee, qualified and continues to serve as Trustee in this case.

2.  On April 8, 2015, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case. This application includes legal services rendered by the Trustee. Mr. Newman has taken care to distinguish his legal services from his Trustee services. Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services.

3.  Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case. To date, Much Shelist has received no amounts whatsoever for services it has rendered in this case.

3

Case 15-04057    Doc 25    Filed 11/24/15    Entered 11/24/15 11:44:46    Desc Main
                Document      Page 4 of 8


4. Much Shelist provided 5.50 hours of services on behalf of the Trustee during the time period covered by this application. The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 3.60 hrs. | $625.00/hr. | $2,250.00 |
| Jeffrey L. Gansberg | 1.90 hrs. | $430.00/hr. | 817.00 |
|  |  |  |  |
|  |  |  |  |
| **TOTAL** | **5.50 hrs.** |  | **$3,067.00** |

5. Attached hereto as Exhibit "B" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

6. At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

7. During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

A. **Employment of Professionals (Tab B-1)**: A total of 1.20 hours of time was expended by Much Shelist with the preparation of pleadings and an appearance in Court on the Trustee's Motion to Employ Attorneys. The individuals who provided services in connection with the Employment of Professionals and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | .40 hrs. | $625.00/hr. | $250.00 |
| Jeffrey L. Gansberg | .80 hrs. | $430.00/hr. | 344.00 |
| | | | |
| **TOTAL:** | **1.20 hrs.** | | **$594.00** |

B. **Disposition of Assets (Tab B-2)**: A total of 2.60 hours of time was expended by Much Shelist in connection with the disposition of the assets of this estate. The sole non-exempt asset of this estate consisted of the Debtor's Health Savings Account ("HSA"). Much Shelist attorneys were engaged in research concerning whether HSAs are exempted in Illinois. Time was spent drafting the Trustee's Objection to the Debtor's Exemption Claim and appearing in Court on same.

The Trustee's objection to the Debtor's exemption claims was sustained. Much Shelist attorneys conducted telephonic and written communications with attorneys for Dorman Trading regarding a possible seat ownership held by the Debtor on the Chicago Mercantile Exchange. It turned out that the Debtor did not own a seat.

Through the efforts of Much Shelist attorneys, the Trustee recovered funds in the approximate amount of $10,000.00 for this estate from the Debtor's HAS.

The individuals who provided services in connection with the Disposition of Assets and the time expended by them are as follows:

5

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 1.70 hrs. | $625.00/hr. | $1,062.50 |
| Jeffrey L. Gansberg | 1.10 hrs. | $430.00/hr. | 473.00 |
| | | | |
| **TOTAL:** | **2.80 hrs.** | | **$1,535.50** |

C.  **Claims Administration/Analysis (Tab B-3)**: A total of .40 hours of time was spent reviewing the claims register with respect to the claim of Dorman Trading and a possible objection. The individuals who provided services in connection with Claims Administration/Analysis and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | .40 hrs. | $625.00/hr. | $250.00 |
| | | | |
| **TOTAL:** | **.40 hrs.** | | **$250.00** |

D.  **Fee Applications (Tab B-4)**: Much Shelist expended 1.10 hrs. dealing with the preparation of this fee application

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 1.10 hrs. | $625.00 | $687.50 |
| | | | |
| **TOTAL:** | **1.10 hrs.** | | **$687.50** |

8.  During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $10.10. Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses. Much Shelist asserts that these out-of-pocket expenses were reasonable in its representation of the Trustee.

9.  The services rendered by Much Shelist as the Trustee's attorney have resulted in a benefit to the Trustee and to the creditors of this estate. There will be funds available to provide for a distribution to unsecured creditors. By reason of the foregoing, Much Shelist states that it

                    Document      Page 7 of 8

is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the Trustee in this matter.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $3,067.00 plus reimbursement of out-of-pocket expenses in the amount of $10.10 for services rendered during the period April 1, 2015 through August 10, 2015.

2. Authorizing the Trustee to pay Much Shelist the compensation awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

**Much Shelist, P.C.**

By: /s/ Norman B. Newman
      One of Its Attorneys


Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 15-04057 |
| Thomas S. Wrenn, | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: Wed. 12/16/15 |
| Debtor. | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES**

Name of Applicant: Much Shelist, P.C.

Authorized to provide professional services to: Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment: April 8, 2015

Period for which compensation is sought: April 1, 2015 through August 10, 2015

Amount of fees sought: $3,067.00

Amount of expense reimbursement sought: $10.10

Retainer previously received: $0.00

This is a(n):    Interim Application ___    Final Application  X

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated: 11/24/15                                                      **MUCH SHELIST, P.C.**

By: /s/Norman B. Newman

8