UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15-04057 |
| Thomas S. Wrenn, | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: Wed., Dec. 16, 2015 |
| Debtor. | ) | Hearing Time: 10:30 a.m. |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **December 16, 2015 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes, presiding in Courtroom 613 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Trustee's Application for Compensation and Expenses** and shall seek entry of an order in accordance therewith.

/s/ Norman B. Newman
Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on November 24, 2015, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice and via U.S. mail to those parties as indicated on the attached service list.

/s/Norman B. Newman

Document2

## SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Thomas S. Wrenn
9530 Cook Avenue, #605
Oak Lawn, IL 60453
Via U.S. Mail

Dennis M. Sbertoli
Law Offices of Dennis M. Sbertoli
P.O. Box 1482
LaGrange, IL 60526
Via U.S. Mail

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| THOMAS S. WRENN, | ) | Case No. 15-04057 |
| | ) | |
| | ) | Hon. TIMOTHY A. BARNES |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

To:    THE HONORABLE TIMOTHY A. BARNES

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $1,774.49 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $10,244.85. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 524.49 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 0.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| TOTAL COMPENSATION | $ | 1,774.49 | |

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: October 13, 2015

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
ADDRESS

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Thomas S. Wrenn
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/07/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012371.0009**

15 - Trustee Matters

### FEES THROUGH AUGUST 7, 2015

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 04/16/15 | NBN | Review correspondences from D. Sbertoli regarding payment of HSA account funds. | 0.20 |
| 04/23/15 | NBN | Review correspondences from Debtor's attorney regarding receipt of HSA account funds (.10); prepare asset notice (.20). | 0.30 |
| 04/23/15 | NXS | Deposit funds received from Debtor's HSA account into bank account. | 0.20 |
| 05/01/15 | NBN | Prepare Asset case report (.20); review initial report of assets and request for claim bar date (.10). | 0.30 |
| 05/06/15 | NBN | Review claims bar date notice. | 0.20 |
| 05/15/15 | NXS | Reconcile bank statements. | 0.20 |
| 05/21/15 | NBN | Review claims of Capital One Bank. | 0.20 |
| 06/05/15 | NXS | Reconcile bank statements. | 0.20 |
| 07/17/15 | NXS | Reconcile bank statements. | 0.20 |
| 08/03/15 | NBN | Review updated claim register and review proof of claim. | 0.30 |
| 08/04/15 | NBN | Review schedules and SOFA regarding final report to be filed. | 0.30 |
| | | **Total Hours** | **2.60** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com



# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Thomas S. Wrenn
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/07/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012371.0009**

15 - Trustee Matters

### TIMEKEEPER SUMMARY THROUGH AUGUST 7, 2015

| Timekeeper | Rate | Hours |
|---|---|---|
| Newman, Norman B. | $625.00 | 1.80 |
| Sulak, Nancy A. | $170.00 | 0.80 |
| **Total Hours** | | **2.60** |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

Payment due within 30 days of invoice

thinking business, practicing law.