**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:  WRENN, THOMAS S                                       §   Case No. 15-04057
                                                              §
                                                              §
                                                              §
Debtor(s)                                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $6,395.50                           Assets Exempt: $4,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,308.42            Claims Discharged
                                                      Without Payment: $101,862.40

Total Expenses of Administration: $4,936.43

---

    3) Total gross receipts of $     10,244.85    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $10,244.85 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 3,077.10 | 1,859.33 | 4,936.43 | 4,936.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 105,066.00 | 107,170.82 | 107,170.82 | 5,308.42 |
| **TOTAL DISBURSEMENTS** | $108,143.10 | $109,030.15 | $112,107.25 | $10,244.85 |

4) This case was originally filed under Chapter 7 on February 07, 2015. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/14/2016         By: /s/NORMAN NEWMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| INTEREST IN HEALTH SAVINGS ACCOUNT | 1129-000 | 10,244.85 |
| **TOTAL GROSS RECEIPTS** | | **$10,244.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 1,774.49 | 1,774.49 | 1,774.49 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 0.00 | 10.10 | 10.10 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 0.00 | 3,067.00 | 3,067.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 14.23 | 14.23 | 14.23 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 15.68 | 15.68 | 15.68 |
| Rabobank, N.A. | 2600-000 | N/A | 15.16 | 15.16 | 15.16 |
| Rabobank, N.A. | 2600-000 | N/A | 14.16 | 14.16 | 14.16 |
| Rabobank, N.A. | 2600-000 | N/A | 15.61 | 15.61 | 15.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,859.33 | $4,936.43 | $4,936.43 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 8,066.00 | 9,106.20 | 9,106.20 | 451.05 |
| 2 | Dorman Trading, L.L.C. | 7100-000 | 97,000.00 | 98,064.62 | 98,064.62 | 4,857.37 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $105,066.00 | $107,170.82 | $107,170.82 | $5,308.42 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-04057  
**Case Name:** WRENN, THOMAS S  

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 02/07/15 (f)  
**§341(a) Meeting Date:** 03/12/15  

**Period Ending:** 01/14/16  

**Claims Bar Date:** 08/04/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 2  CHECKING ACCOUNT (CHASE) | 5,193.00 | 2,343.00 | | 0.00 | FA |
| 3  HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 4  WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| 5  WEDDING RING | 250.00 | 0.00 | | 0.00 | FA |
| 6  INTEREST IN HEALTH SAVINGS ACCOUNT (See Footnote) | 10,264.87 | 10,264.87 | | 10,244.85 | FA |
| 7  TD AMERITRADE ACCOUNT | 52.50 | 52.50 | | 0.00 | FA |
| 8  OFFICE EQUIPMENT, FURNISHINGS | 350.00 | 0.00 | | 0.00 | FA |
| 8  Assets  Totals (Excluding unknown values) | **$16,660.37** | **$12,660.37** | | **$10,244.85** | **$0.00** |

RE PROP# 6    Order Disallowing Exemption was entered on 4/8/15

---

**Major Activities Affecting Case Closing:**

Received funds from Debtor's Health Savings Account.  Established proof of claim bar date.

**Initial Projected Date Of Final Report (TFR):**    November 30, 2015    **Current Projected Date Of Final Report (TFR):**    November 24, 2015  (Actual)

Printed: 01/14/2016 02:17 PM    V.13.25

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-04057  
**Case Name:** WRENN, THOMAS S

**Taxpayer ID #:** **-***8084  
**Period Ending:** 01/14/16

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******9866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/23/15 | {6} | THOMAS S. WRENN | Turnover of funds from HSA account | 1129-000 | 10,244.85 | | 10,244.85 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,234.85 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.23 | 10,220.62 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.68 | 10,204.94 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.16 | 10,189.78 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.16 | 10,175.62 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.61 | 10,160.01 |
| 12/17/15 | 101 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid 100.00% on $1,774.49, Trustee Compensation; Reference: | 2100-000 | | 1,774.49 | 8,385.52 |
| 12/17/15 | 102 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $10.10, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 10.10 | 8,375.42 |
| 12/17/15 | 103 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $3,067.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,067.00 | 5,308.42 |
| 12/17/15 | 104 | Capital One Bank (USA), N.A. | Final Distribution Pursuant to Court Order entered on December 17, 2015. | 7100-000 | | 451.05 | 4,857.37 |
| 12/17/15 | 105 | Dorman Trading, L.L.C. | Final Distribution Pursuant to Court Order entered on December 17, 2015. | 7100-000 | | 4,857.37 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,244.85 | 10,244.85 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,244.85 | 10,244.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,244.85** | **$10,244.85** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9866** | 10,244.85 | 10,244.85 | 0.00 |
| | $10,244.85 | $10,244.85 | $0.00 |

{} Asset reference(s)

Printed: 01/14/2016 02:17 PM    V.13.25